**FILED**

June 21, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002720174

MICHELE LOUISE GIGUIERE
Attorney at Law #95288
5330 Primrose Drive, Suite 230
Fair Oaks, CA    95628
P.O. Box 41174
Sacramento, CA 95841-0174
(916) 967-6884

Attorney In Pro Se

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                              )   CASE NO: 10-28661-C-7
                                   )   NOTICE OF MOTION BY
    MICHELE LOUISE GIGUIERE,       )   DEBTOR FOR ORDER COMPELLING
         Debtor.                   )   TRUSTEE TO ABANDON
_____ )      DEBTOR'S PROPRIETORSHIP
                                       BUSINESS
                                       Date: July 20, 2010
                                       Time: 9:30 a.m.
                                       Dept: 35, 6th Floor

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on July 20, 2010 at 9:30 a.m., or as soon thereafter as the matter may be heard, in Department 35 of the above-entitled court, located at 501 I Street, Sacramento, California   95814, Debtor, Michele Louise Giguiere, will move the court for an order compelling the Trustee to abandon the Debtor's proprietorship business and the physical assets of the business.

This motion will be brought on the grounds that the business, per se, is of nominal or no value, and the physical assets thereof do not contain any tools of the trade or business equipment which can be profitably liquidated by the Trustee over and above the exemptions claimed by Debtor.  This motion is further brought on the grounds that it is counter to the interests of the bankruptcy estate for the Trustee to be burdened

-1-

with the potential liability associated with the continued operation of the business during the bankruptcy period.

This motion will be based on this notice of motion, on the attached motion by debtor for order compelling Trustee to abandon Debtor's proprietorship business and on the declaration of Michele Louise Giguiere and on all of the documents on file herein and on such other and further evidence as may be presented at the hearing.

Date: July 17, 2010

MICHELE LOUISE GIGUIERE

MICHELE LOUISE GIGUIERE
Attorney at Law #95288
5330 Primrose Drive, Suite 230
Fair Oaks, CA   95628
P.O. Box 41174
Sacramento, CA 95841-0174
(916) 967-6884

Attorney In Pro Se

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                           )   CASE NO: 10-28661-C-7
                                )
    MICHELE LOUISE GIGUIERE,     )   MOTION BY DEBTOR FOR ORDER
            Debtor.              )   COMPELLING TRUSTEE TO ABANDON
_____ )   DEBTOR'S PROPRIETORSHIP
                                    BUSINESS
                                    Date: July 20, 2010
                                    Time: 9:30 a.m.
                                    Dept: 35, 6th Floor

        MICHELE LOUISE GIGUIERE, Debtor herein moves this Court

for an order compelling abandonment of the Estate's interest in

Debtor's Business and physical assets of the business, and

respectfully represents:

        1.   This case was commenced by the filing of a

voluntary petition under Chapter 7 of the Unites States

Bankruptcy Code on April 5, 2010.

        2.   Pursuant to 11 U.S.C. 554(b) and Bankruptcy Rule

6007(b), Debtor requests that the court order the business known

as Michele Louise Giguiere, Attorney at Law and located at 5330

Primrose Drive, Suite 230, Fair Oaks, CA   95628 be deemed

abandoned.   Additionally as shown by the petition and the

schedules, Debtor requests that the tools of the trade and

equipment be deemed abandoned.   The tools of the trade and

equipment include the following:  law books (the majority of

-1-

which are two years out of date), office equipment and supplies consisting of two desks (28 years old), two credenzas (28 years old), three free standing book cases (15 years old), three file cabinets (28 years old), one copy machine (8 years old), one refrigerator (9 years old), one microwave oven (4 years old), two computers (4 years old), one printer (8 years old), 10 chairs (7 to 28 years old), two typewriters (12 years old) and two typewriter stands (12 years old), a small round table and chairs (8 years old), miscellaneous office supplies and stationery, Bank of America account #6756, Bank of America account #7970, and accounts receivable (fully valued however approximately 65% collectible).

3. The basis of this motion is that the business, per se, is of nominal or no value, and it is counter to the interests of the bankruptcy estate to be burdened with the potential liability associated with the continued operation of the business during the bankruptcy period.

4. The Debtor's tools of the trade and other business-related assets, if any, have been disclosed in the schedules and there do not appear to be any tools of the trade or business equipment which can be profitably liquidated by the Trustee over and above the exemptions claimed by Debtor. Additionally, the conduct of the business by the debtor merely provides for Debtor's "wages", and the ability of Debtor to continue to earn a living in this manner is wholly consistent with the concept of providing the debtor with a fresh start.

4. As shown in Debtor's petition and schedules, the relief requested would not impede creditor's rights and would

enable the Chapter 7 trustee to satisfy concerns as to potential liability.

WHEREFORE, Debtor prays judgment as follows:

1. For an order compelling the trustee to abandon Debtor''s proprietorship business and the physical assets thereof;

2. For such other and further relief as the court may deem just and proper.

Date: June 17, 2010

MICHELE LOUISE GIGUIERE

MICHELE LOUISE GIGUIERE
Attorney at Law #95288
5330 Primrose Drive, Suite 230
Fair Oaks, CA    95628
P.O. Box 41174
Sacramento, CA 95841-0174
(916) 967-6884

Attorney In Pro Se

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                              )    CASE NO: 10-28661-c-7
                                   )    MOTION NO: MLG-1
        MICHELE LOUISE GIGUIERE,   )
                                   )    PROOF OF SERVICE BY MAIL
                Debtor.            )    Date: July 20, 2010
_____    )    Time: 9:30 a.m.
                                        Dept: 35, 6th Floor

        I am over the age of 18 years, employed in the County

of Sacramento, California and not a party to the within action.

My business address is P.O. Box 662, Cedar Ridge, CA   95624.

On June 20, 2010 I served the within notice of motion by debtor

for order compelling trustee to abandon debtor's proprietorship

business and physical assets thereof, motion for order compelling

trustee to abandon debtor's proprietorship business, and

declaration of Michele Louise Giguiere in said action by placing

a true copy thereof enclosed in a sealed envelope with postage

thereon fully prepaid, in the United States mail at Sacramento

County, CA    addressed as follows:

John Roberts, Chapter 7 Trustee, P.O. Box 1506, Placerville,  CA
95667

Office of the U.S. Trustee, Courthouse, 501 I street, Room 7-500,
Sacramento, CA    95814

        I declare under penalty of perjury that the

foregoing is true and correct and that this declaration was

-1-

executed on June 20, 2010 in Sacramento County, California.

CHERI LORAY MAJOR

MICHELE LOUISE GIGUIERE
Attorney at Law #95288
5330 Primrose Drive, Suite 230
Fair Oaks, CA    95628
P.O. Box 41174
Sacramento, CA 95841-0174
(916) 967-6884

Attorney In Pro Se

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                          )    CASE NO: 10-28661-C-7
                               )    DECLARATION OF MICHELE LOUISE
    MICHELE LOUISE GIGUIERE,    )    GIGUIERE IN SUPPORT OF MOTION
                               )    FOR ORDER COMPELLING
        Debtor.                )    TRUSTEE TO ABANDON DEBTOR'S
_____)    PROPRIETORSHIP BUSINESS

                                    Date: July 20, 2010
                                    Time: 9:30 a.m.
                                    Dept: 35, 6th Floor

    I, MICHELE LOUISE GIGUIERE, declare as follows:

    1.  I have personal knowledge of the matters attested

to herein and if called to testify, I would so testify

competently.

    2.  I filed my petition on April 5, 2010 in the above-

entitled case.   JOHN ROBERTS was appointed to serve as Trustee.

    3.  As shown in the filed schedules of this case, I

operate a professional business as an attorney at law.  All of

the assets related to the operation of my business (including

equipment, furniture and supplies, tools of the trade and

accounts receivable) have been set forth in the petition and

schedules.  There does not appear to be any business related

assets that can be profitably liquidated by the Trustee over and

above the exemptions as claimed.  The schedules as filed with the

-1-

Court are incorporated herein by this reference.  Additionally, I have listed in the moving papers the equipment, furniture and supplies, tools of the trade and accounts receivable and the approximate ages of the same showing that the assets cannot be profitably liquidated by the Trustee and at best may be overvalued by me.

4.  As shown in the filed petition and schedules, all tools of the trade and equipment as set forth above, are of modest values and have been fully exempted.  Additionally, the requested relief would not impede creditor's rights and would enable the Chapter 7 Trustee to satisfy concerns as to potential liability.

5.  The conduct of the business known as Michele Louise Giguiere merely provides wages and the ability to continue to earn a living in this manner is wholly consistent with the concept of providing a fresh start.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 17, 2010 in Sacramento, California.

MICHELE LOUISE GIGUIERE